430

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiffs was sustained.

No. 65470.—J. M. Sutton Sons & Co. *v.* United States, protest 60/28733 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

No. 65471.—Schmidt, Pritchard & Co., Inc. *v.* United States, protest 60/27706 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained

No. 65472.—Ritcher Bros., Inc. *v.* United States, protests 60/487, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 65473.—A. A. Food Products and Chas. H. Asche & Co., Inc., et al. *v.* United States, protests 60/29621, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.